# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MILLER, | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION |
|       v. | : | |
| | : | NO. 09-2445 |
| MICHAEL J. ASTRUE, | : | |
|    Defendant. | : | |

## ORDER

**AND NOW**, this __14th__ day of __September___ 2011, it is **ORDERED** that the Commissioner's decision is **REMANDED** to the Social Security Administration for further proceedings consistent with the accompanying Memorandum.

                                                        s/Anita B. Brody
                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: