# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MILLER,<br>    Plaintiff,<br><br>              v.<br><br>MICHAEL J. ASTRUE,<br>    Defendant. | :<br>:<br>:       CIVIL ACTION<br>:<br>:       NO. 09-2445<br>:<br>:<br>: |

## ORDER

**AND NOW**, this __14th__ day of __September___ 2011, it is **ORDERED** that the Commissioner's decision is **REMANDED** to the Social Security Administration for further proceedings consistent with the accompanying Memorandum.

                                                            s/Anita B. Brody
                                                        _____
                                                            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                     Copies **MAILED** on _____ to: